UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/2/2020
```

Daniella I Bowman,

               Plaintiff,

–v–

Receivables Performance Management LLC,

               Defendant.

20-cv-01779 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      The parties indicated in their Case Management Plan that they might seek referral to the Magistrate Judge for a settlement conference or to the Southern District's Mediation Program. If the parties intend to seek referral to one of these alternative dispute resolution mechanisms, they must file a joint letter requesting referral by November 9, 2020.

      SO ORDERED.

Dated: November 1, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge