UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bowman,

              Plaintiff,

     –v–

Receivables Performance Management, LLC,

             Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/5/2021

20-cv-1779 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Court has received the parties letter dated December 31, 2021.  Dkt. No. 23.  The parties are ordered to comply with the Court's December 16, 2021 order and file a letter on the docket **by Wednesday, January 6, 2021** in accordance with the instructions laid out in the order or the conference will be adjourned.

    SO ORDERED.

Dated: January 5, 2021
       New York, New York

                                               ALISON J. NATHAN
                                         United States District Judge