```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/8/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bowman,

                    Plaintiffs,

          —v—

Receivables Performance Management, LLC,

                    Defendant.

20-cv-01779 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court has received the parties' voicemail.  Per Dkt. Nos. 21 & 26, today's

conference was cancelled.


          SO ORDERED.

 Dated:  January 8, 2021
         New York, New York

                                        _____
                                             ALISON J. NATHAN
                                          United States District Judge