UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DANIELLA I. BOWMAN,

                        Plaintiff,

      -against-                                               20 **CIVIL** 1779 (LTS)

## **JUDGMENT**

RECEIVABLES PERFORMANCE
MANAGEMENT LLC,

                       Defendant.
-------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 28, 2022, Plaintiff's motion for summary judgment is granted as to Counts III and IV of the Complaint, Counts I, II, and V of the Complaint are dismissed as moot, and Defendant's cross-motion for summary judgment is denied in its entirety. Judgment is entered in favor of Plaintiff in the amount of $500. Pursuant to Federal Rule of Civil Procedure 54(d)(2), Plaintiff shall file her properly supported motion for attorney's fees within 14 days of the entry of judgment; accordingly, the case is closed.

**Dated:**  New York, New York

         March 28, 2022

                                                             **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                              **BY:**

                                                                **Deputy Clerk**