UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DANIELLA I. BOWMAN,

              -v-                                                  20-CV-1779-LTS

RECEIVABLES PERFORMANCE
MANAGEMENT LLC,

                 Defendant.

---

## Order

The Court has received Plaintiff Daniella I. Bowman's letter, in which she proffers that she has not received from her counsel payment of the judgment previously entered in her favor in the above-captioned case.  (See docket entry no. 64.)  She requests an order to show cause as to why her counsel has not "sen[t] [her] the award."  (Id.)  The Court notes that, in response, her counsel supplied a copy of a cancelled check that appears to bear an endorsement in Plaintiff's name.  (See docket entry no. 65.)

The Court denies Plaintiff's request to issue an order to show cause, and declines to exercise any jurisdiction the Court may have over the dispute between Plaintiff and her attorney regarding the issuance, delivery, and negotiation of the check.

      SO ORDERED.

Dated: New York, New York
       February 8, 2024

                                                              /s/ Laura Taylor Swain
                                                             LAURA TAYLOR SWAIN
                                                             Chief United States District Judge